1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FAUSTINO LOPEZ,<br><br>                  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Comm'r of<br>Soc. Sec.,<br><br>                  Defendant. | 2:10-CV-613 JCM (GWF) |

8

9

10

11

12

13

14

15                                          **ORDER**

16          Presently before the court are the findings and recommendations of Magistrate Judge George

17   Foley, Jr (doc. #17) regarding plaintiff's motion to reverse (doc. #10) the denial of social security

18   disability benefits.   The government has failed to file any objections to the magistrate judge's

19   findings and recommendations.

20          Upon review of the magistrate judge's recommendation (doc. #17) and good cause appearing,

21          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the findings and

22   recommendations of Magistrate Judge George Foley, Jr (doc. #17) regarding the plaintiff's motion

23   to reverse (doc. #10) be, and the same hereby are, AFFIRMED in their entirety.

24          DATED September 23, 2011.

25

26          _James C. Mahan_

27   UNITED STATES DISTRICT JUDGE

28

**James C. Mahan**
**U.S. District Judge**