# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FAUSTINO LOPEZ,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Comm'r of Soc. Sec.,<br><br>         Defendant. | 2:10-CV-613 JCM (GWF) |

### ORDER

Presently before the court are the findings and recommendations of Magistrate Judge George Foley, Jr (doc. #17) regarding plaintiff's motion to reverse (doc. #10) the denial of social security disability benefits. The government has failed to file any objections to the magistrate judge's findings and recommendations.

Upon review of the magistrate judge's recommendation (doc. #17) and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the findings and recommendations of Magistrate Judge George Foley, Jr (doc. #17) regarding the plaintiff's motion to reverse (doc. #10) be, and the same hereby are, AFFIRMED in their entirety.

DATED September 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**