AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

FAUSTINO LOPEZ,

                Plaintiff,

V.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-00613-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion to Reverse (#10) the denial of Social Security Disability Benefits is GRANTED and the ALJ's decision REVERSED. This case is remanded pursuant to 42 U.S.C. § 405(g) for the calculation and award of benefits.

November 1, 2011             /s/ Lance S. Wilson

Date                                               Clerk

                                                      /s/ Michael Zadina

                                                      (By) Deputy Clerk